The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE SHON WEATHERS,

        Plaintiff,

    v.

TORI BELLE COSMETICS LLC,

        Defendant.

Civil Action No. 2:22-cv-1152-BJR

**ORDER DENYING MOTION FOR DEFAULT AND DIRECTING DEFENDANT TO RESPOND TO COMPLAINT**

Currently before the Court is Plaintiff's motion for default. Dkt. No. 5. Plaintiff served Defendant Tori Belle Cosmetics, LLC ("Defendant") with her complaint on August 18, 2022 and moved for default on September 8, 2022. Dkt. Nos. 4-5. Given that Defendant has twenty-one days within which to file an answer or other responsive pleading, the motion for default was one day premature. Therefore, the Court HEREBY DENIES the motion. Defendant is instructed to file its answer or other responsive pleading to the complaint no later than November 7, 2022.

Dated this 1st of November 2022.

Barbara    Jacobs    Rothstein
U.S. District Court Judge

1