The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE SHON WEATHERS, individually and on behalf of all others similarly situated,

       Plaintiff,

  v.

TORI BELLE COSMETICS, LLC, a Washington limited liability company; and DOES 1-10,

       Defendants.

No. 2:22-cv-01152

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ***WITHOUT PREJUDICE***

(Clerk's Action Required)

   Pursuant to FRCP 41(a)(1)(i), plaintiff Leslie Shon Weathers, by and through her attorneys, Timothy W. Emery and Patrick B. Reddy of Emery Reddy, PLLC hereby dismisses all claims against Defendant Tori Belle Cosmetics, LLC without prejudice and without an award of costs or attorney fees to either party. Nothing herein is intended to affect the legal rights of any putative class member.

//

//

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ***WITHOUT PREJUDICE*** - 2:22-cv-01152

PAGE 1 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1    DATED this 24th day of January, 2023.

2                                                 RESPECTFULLY SUBMITTED:

3                                                 EMERY | REDDY, PLLC

4

5                              By:    /s/ Timothy W. Emery
                               By:    /s/ Patrick B. Reddy
6                                     TIMOTHY W. EMERY
                                      WSBA No. 34078
7                                     EMERY | REDDY, PLLC
                                      600 Stewart Street, Suite 1100
8                                     Seattle, WA 98101
                                      Phone: (206) 442-9106
9                                     Fax: (206) 441-9711
                                      emeryt@emeryreddy.com
10                                    reddyp@emeryreddy.com

11                                    *Attorneys for Plaintiff*

12

13                                 **ORDER**

14

15       Based on the above, IT IS HEREBY ORDERED that the above-entitled action is

16   dismissed, without further notice, as follows:

17       A.  Plaintiff's claims, allegations, and causes of action are dismissed without prejudice

18           and without an award of costs or attorney fees to either party; and

19       B.  All claims, allegations, and causes of action asserted by Plaintiff on behalf of the

20           putative class are dismissed without prejudice.

21

22       IT IS ORDERED this 25th day of January, 2023.

23

24           Barbara Jacobs Rothstein
             U.S. District Court Judge

25

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
***WITHOUT PREJUDICE*** - 2:22-cv-
01152                        PAGE 2 OF 4              **EMERY | REDDY, PLLC**
                                                      600 Stewart Street, Suite 1100
                                                      Seattle, WA 98101
                                                      PHONE: (206) 442-9106 • FAX:
                                                      (206) 441-9711

1

2

3    Presented by:

4    EMERY | REDDY, PLLC

5
     By: */s/ Timothy W. Emery*
6    By: */s/ Patrick B. Reddy*
     TIMOTHY W. EMERY
7    WSBA No. 34078
     PATRICK B. REDDY
8    WSBA No. 34092
     EMERY | REDDY, PLLC
9    600 Stewart Street, Suite 1100
     Seattle, WA 98101
10   Phone: (206) 442-9106
     Fax: (206) 441-9711
11   emeryt@emeryreddy.com
     reddyp@emeryreddy.com
12

13   ***Attorneys for Plaintiff***

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
***WITHOUT PREJUDICE*** - 2:22-cv-
01152

PAGE 3 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

1

2

3
## CERTIFICATE OF SERVICE

4        I hereby certify that on January 24, 2023, I caused to be electronically filed the foregoing
document with the Clerk of the Court using the CM/ECF system.

5

6        Patrick H. Brick
         2033 6th Avenue, Ste 251
7        Seattle, WA 98121
         bricklaw@msn.com

8

9                                           s/ Jennifer Chong
                                           Jennifer Chong, Legal Assistant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
*WITHOUT PREJUDICE* - 2:22-cv-
01152

PAGE 4 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711